IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00321-BNB

JERMAINE C. TARVER,

    Applicant,

v.

J. M. WILNER, Warden, FCI Florence,

    Respondent.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 16 2009

GREGORY C. LANGHAM
                CLERK

ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED April 16, 2009, at Denver, Colorado.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00321-BNB

Jermaine C. Tarver
Reg No. 90043-111
FCI - Florence
P.O. Box 6000
Florence, CO 81226-6000

William Pharo
Assistant United States Attorney
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/16/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk